```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


                                  :     CIVIL ACTION NOS.
WORTH                             :     02-3884
VASQUEZ                           :     02-3891
STANLEY                           :     02-3899
KRAHL, ET AL                      :     02-3925
HILADO, ET AL                     :     02-3938
GIBSON                            :     02-3958
FULTON                            :     02-3976
VEGA                              :     02-3983
                                  :
        vs.                       :
                                  :
BAYER CORPORATION, ET AL          :
```

# ORDER

   **AND NOW**, this 25th day of June, 2002, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

   [ ]   -   Order staying these proceedings pending disposition of a related action.

   [ ]   -   Order staying these proceedings pending determination of arbitration proceedings.

   [ ]   -   Interlocutory appeal filed

   [x]   -   Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.</u>

it is

   **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

   **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

                                          **BY THE COURT:**

                                          _____
                                          JOHN R. PADOVA,        J.

Civ. 13 (8/80)

Case 2:02-cv-03983-JP  Document 2  Filed 06/25/2002  Page 2 of 2